ORIGINAL

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

SHAILESH SAIGAL,

           Defendant.

- - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

08CR... 115

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           January 24, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                  By:    *Rebecca Rohr* (signature)
                         Rebecca Rohr
                         Assistant United States Attorney
                         Tel:  212-637-2531
                         Fax:  212-637-2527

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

AGREED AND CONSENTED TO:

                  By:    *David Gordon* (signature)
                         David Gordon, Esq.
                         Attorney for Shailesh Saigal

1/25/08 WHEEL A