JUDGE CASTEL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
          -v.-                      :    08 Cr.
SHAILESH SAIGAL,                    :    08CRIM 115
          Defendant.                :
------------------------------------X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        February __, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____