AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08 CR 115 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
SHAILESH SAIGAL

I certify that I am admitted to practice in this court.

2/21/2008
Date

*David Gordon* (signature)
Signature

DAVID GORDON      DG-4096
Print Name      Bar Number

148 EAST 78TH STREET
Address

NEW YORK,    NEW YORK    10075
City    State    Zip Code

(212) 772-6625      (914) 725-3229
Phone Number      Fax Number