**MEMO ENDORSED**

**DAVID GORDON**
ATTORNEY AT LAW
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TEL: (212) 772-6625
FAX: (914) 725-3229

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

February 21, 2008

By Facsimile (212) 805-7949
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Defendant may travel to the Western District of Michigan and bail is so modified.
> SO ORDERED.
> [signature] USDJ
> 2-21-08

Re: *United States v. Shailesh Saigal*
08 Cr. 115 (PKC)

Dear Judge Castel:

This letter is to respectfully request that Mr. Saigal's bail limits be extended to include the Western District of Michigan so that he will be able to visit his sister. At the arraignment and pre-trial conference on February 11, 2008, your Honor approved such extension of bail limits orally, but the bond that was prepared inadvertently did not include such extension.

Assistant United States Attorney Rebecca A. Rohr has advised that I may represent to your Honor that the government consents to this application.

Respectfully yours,

David Gordon

David Gordon

cc:   Rebecca A. Rohr, Esq.
      Assistant United States Attorney