```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SHAILESH SAIGAL,

    Defendant.

------------------------------------------------------------x

08 CR 115 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, consented to by government, the conference previously scheduled for March 28, 2008 is adjourned until May 7, 2008 at 9:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to finalize a deferred prosecution application. Accordingly, the time between today and May 7, 2008 is excluded.

    SO ORDERED.

                                                         P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
        March 25, 2008