UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

    v. :

SHAILESH SAIGAL, :

        Defendant. :

- - - - - - - - - - - - - - - - x

ORDER

08 Cr. 115 (PKC)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

KEVIN P. CASTEL, District Judge:

       Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca A. Rohr, and with the consent of the defendant, SHAILESH SAIGAL, by and through his counsel, David Gordon, Esq., it is hereby ORDERED that the conference previously-scheduled for May 7, 2008 at 9:30 a.m. is adjourned to June 3, 2008 at 9:45 a.m.

       IT IS FURTHER ORDERED that the time between May 7, 2008 and June 3, 2008 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to discuss a potential disposition of the case.

       SO ORDERED.

Dated:    New York, New York
          May __, 2008

                                          HON. KEVIN P. CASTEL
                                          United States District Judge