```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

SHAILESH SAIGAL,

       Defendant.

------------------------------------------------------------x

08 CR 115 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of the government, consented to by defense counsel, the conference previously scheduled for June 10, 2008 is adjourned until Tuesday, June 24, 2008 at 10:15 p.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate travel arrangements. Accordingly, the time between today and June 24, 2008 is excluded.

      SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       June 3, 2008